UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWTON PAK SHING CHIU, <br> Plaintiff, <br> v. <br> ROBERT D SULLIVAN, et al., <br> Defendants. | Case No.  16-cv-04990-KAW <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 28 |

On January 13, 2017, Defendants American Institute of Organbuilders and Robert D. Sullivan filed a motion to dismiss.  (Dkt. No. 28.)  The parties then stipulated to modify the briefing schedule, such that Plaintiff Newton Pak Shing Chiu's opposition was due on February 1, 2017, and Defendants' reply was due on February 10, 2017.  (Dkt. Nos. 30, 31.)  As of February 9, 2017, Plaintiff has not filed an opposition.  Therefore, Plaintiff is ordered, on or before **February 14, 2017**, to 1) file an opposition to Defendants' motion to dismiss, and 2) respond to this order to show cause by explaining why he did not file a timely opposition.  Failure to complete both tasks by February 14, 2017 may result in the Court granting Defendants' motion pursuant to Paragraph 22 of this Court's Standing Order, which states that "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."  Defendants' reply deadline is continued to **February 21, 2017**.

　　　　IT IS SO ORDERED.

Dated: February 9, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge