# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWTON PAK SHING CHIU,<br>Plaintiff,<br>v.<br>COUNTY OF ALAMEDA, et al.,<br>Defendants. | Case No. 16-cv-04990-KAW<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On June 6, 2017, the Court held a case management conference, where Defendant did not appear.

Accordingly, counsel for Defendant is ORDERED TO SHOW CAUSE, in writing, by no later than **June 19, 2017**, why they should not pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

IT IS SO ORDERED.

Dated: June 8, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge